**GOTTLIEB & ASSOCIATES**
ATTORNEYS

150 E. 18th St., Suite PHR • New York, NY 10003
Tel (212) 228-9795 • Fax (212) 982-6284
NYJG@aol.com

**VIA ECF**

September 5, 2019

The Honorable Judge Jesse M. Furman
United States District Court Judge
United States District Court Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

        **Re:**   *Bishop v. Off The Hook Yacht Sales, LLC*
               Case No.: 1:19-cv-1606-JMF

Dear Judge Furman,

      This firm represents Plaintiff Cedric Bishop and on behalf of all other persons similarly situated ("Plaintiff"), in the above-referenced action against Off The Hook Yacht Sales, LLC ("Defendant"). We write, with Defendant's consent to inform the Court that the Parties have reached a settlement, in principle, and respectfully request that Your Honor dismiss this action with prejudice with the right to reopen in thirty days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the undersigned respectfully requests that the Initial Conference scheduled on September 12, 2019 at 3:00 p.m. (Dkt. 23), be adjourned *sine die*.

      Thank you for your anticipated cooperation in this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

                                                                       Respectfully yours,
                                                                       Gottlieb & Associates
                                                                   *s/Jeffrey M. Gottlieb, Esq.*
                                                                  Jeffrey M. Gottlieb, Esq.