```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                  :
CEDRIC BISHOP,                                    :
                                                  :
                        Plaintiff,                :
                                                  :
        -v-                                       :
                                                  :
OFF THE HOOK YACHT SALES, LLC,                    :
                                                  :     19-CV-1606 (JMF)
                        Defendant/Third-Party     :
                        Plaintiff,                :     ORDER
                                                  :
        -v-                                       :
                                                  :
YACHT CLOSER, LLC,                                :
                                                  :
                        Third-Party Defendant.    :
                                                  :
------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      The Court having been advised at ECF No. 29 that Plaintiff Cedric Bishop's claims against Off the Hook Yacht Sales, LLC have been settled in principle, it is hereby ORDERED that Plaintiff's claims be and are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement is not consummated. The Court presumes that the settlement also resolves Defendant Off the Hook Yacht Sales, LLC's third-party claims against Yacht Closer, LLC. If Defendant intends to maintain its third-party claims, it may file an application to reopen on that basis.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the same deadline to be "so ordered" by the Court. Per Paragraph 4(B) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: September 6, 2019
      New York, New York

                                           JESSE M. FURMAN
                                    United States District Judge